*Linda George*
**ATTORNEY AT LAW**



577 Summit Avenue
Hackensack, New Jersey 07601
(201) 487-5225
Fax (201) 487-8807
Skype (973) 786-1036
E-mail: lgdefense@yahoo.com

September 17, 2014

**VIA FACSIMILE 212 805-6737**
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SEP 24 2014

**SO ORDERED**

The conference is adjourned to
October 16, 2014 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

ATTN: Elizabeth Vega

Re: **U.S. v. Agustin Haro Rodriguez**
    **Cr. 05-698 (GBD)**

Dear Judge Daniels:

This will confirm that the government, AUSA Ryan Poscablo and I, on behalf of defendant Agustin Haro Rodriguez are available for a sentencing hearing on Tuesday October 1, 2014 at 10:00 a.m.

Should this date be acceptable to the court, kindly confirm at your Honor's earliest possible convenience.

I thank your Honor and remain,

Respectfully,

LINDA GEORGE

LG/lb

cc:  Ryan Poscablo, AUSA, via e-mail ryan.poscablo@usdoj.gov
     Stephanie Dunne, USPO, via facsimile, 212-805-0047