# Linda George
**ATTORNEY AT LAW**

577 Summit Avenue
Hackensack, New Jersey 07601
(201) 487-5225
Fax (201) 487-8807
Skype (973) 786-1036
E-mail: lgdefense@yahoo.com

September 30, 2014

**SO ORDERED**
The sentencing is adjourned to November 4, 2014 at 10:0 a.m.
*George B. Daniels*
HON. GEORGE B. DANIELS

OCT 01 2014

<u>VIA FACSIMILE (212) 805-6737</u>
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

ATTN:    Elizabeth Vega

    Re:    U.S. v. Agustin Haro Rodriguez
            Cr. 05-698 (GBD)

Dear Judge Daniels:

    It is my understanding that sentencing in this matter was recently re-scheduled by the court for October 16, 2014. Insofar as, I will be out of the district on that day, it is respectfully requested that the court re-schedule same for October 23, 2014, at any time convenient to the court. I have conferred with AUSA Ryan Poscablo, and he is available for that date as well.

    I thank your Honor for your time and remain

                      Respectfully,

                      **LINDA GEORGE**

LG/mb

cc:    Ryan Poscablo, AUSA, via e-mail ryan.poscablo@usdoj.gov